In the Matter of the Application of WILLIAM P. KENNY, STEPHEN GUARDINA, EDWIN SWANSON and MICHAEL GALLAGHER, Appellants, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, and the COUNTY BOARD OF CANVASSERS OF THE COUNTY OF KINGS; CARL O. PETERSON and Others, Rival Candidates, and FRANCIS J. SINNOTT, County Clerk, Kings County, Respondents.— Order denying petitioners' motion for the examination, inspection and recanvassing of the ballots cast in the primary election for members of the State Committee of the American Labor Party in the 7th Assembly District, Kings County, reversed, on consent, without costs. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur. Settle order, on notice, before the Presiding Justice, on Wednesday, May 15, 1940, at 9:30 A. M.